**Herbert CLARK, III, Plaintiff-
Appellant,**

v.

**Patrick J. MURPHY, Acting Secretary
of the Army, Defendant-Appellee.**

**No. 16-1868**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 22, 2016

Decided: November 29, 2016

.Herbert Clark, III, Appellant Pro Se. Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Clark, III, appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to Defendant, and upholding the final decision of the Army Board for Corrections of Military Records ("Board"), which denied Clark's request to make corrections to his military records. Under the Administrative Procedures Act this court's review of a Board's decision is "quite limited" and we may only set aside the Board's decision if it is arbitrary, capricious, or not based on substantial evidence. Randall v. United States, 95 F.3d 339, 348 (4th Cir. 1996); see Chappell v. Wallace, 462 U.S. 296, 303, 103 S.Ct. 2362, 76 L.Ed.2d 586 (1983). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clark v. Murphy, No. 5:14–cv–00565–FL, 2016 WL 3102016 (E.D.N.C. June 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED